UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/25/2020

Marco Martinez Roman,

      Petitioner,

  –v–

Thomas Decker, et al.,

      Respondents.

20-cv-6752 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

  The Court is in receipt of Petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, filed on August 21, 2020. *See* Dkt. No. 1. The parties shall meet and confer and submit a proposed briefing schedule on Petitioner's application by August 31, 2020. If the parties are unable to reach agreement, they shall submit their respective proposals separately by that time.

  SO ORDERED.

Dated: August 24, 2020
   New York, New York

             _____
             ALISON J. NATHAN
             United States District Judge