**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
Marco Martinez Roman,

                Petitioner,                    20 **CIVIL** 6752 (AJN)

      -against-                                **JUDGMENT**

Thomas Decker, et al.,

                Respondents.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 25, 2019, Mr. Martinez's petition is granted in part; because the Court resolves this Petition on the papers; Mr. Martinez's request for oral argument is denied; Within seven calendar days of the date of this Opinion and Order, Respondents must provide Mr. Martinez with a bond hearing before an IJ at which the Government bears the burden of establishing, by clear and convincing evidence, that he poses a danger to the community or a flight risk. At this hearing, the IJ must consider alternative conditions of release and Mr. Martinez's ability to pay. Should Respondents fail to provide Mr. Martinez with such a bond hearing within seven calendar days, they must immediately release him; accordingly, this case is closed.

**DATED:** New York, New York
             September 25, 2020

                                        **RUBY J. KRAJICK**
                                        _____
                                          Clerk of Court
                       **BY:**
                                          _____
                                          Deputy Clerk